# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2020

161493 & (16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

STEVEN M. WASENKO,
      Plaintiff-Appellant,

v

AUTO CLUB GROUP,
      Defendant-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161493
COA: 352978
Wayne CC: 19-016381-NF

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 10, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2020               

p0630                                  Clerk